# Dwyer Tracey *et al.* Admrs.

## *v.*

## Mary Hadden.

Remedy—*by heir for moneys due from administrator after his death.* Where an administrator dies, without having paid an heir his distributive share, which had come to the hands of the administrator, the heir may proceed upon his official bond, or elect to present the sum due as a claim against his estate.

Appeal from the Circuit Court of Marion county; the Hon. Amos Watts, Judge, presiding.

This was a claim presented by Mary Hadden against the estate of Benjamin Hudson, deceased. The claim was allowed in the county court, from which judgment the administrators, Dwyer Tracey and John Phillips, appealed to the circuit court. On the trial of the appeal, the claimant recovered judgment for $795.67, and costs of suit, to reverse which the administrators bring the record to this court by appeal.

Messrs. BRYAN, KAGY & SMITH, for the appellants.

Messrs. GOODNOW & MERRITT, for the appellee.

Mr. CHIEF JUSTICE SCOTT delivered the opinion of the Court:

Appellee is one of the heirs of Melinda Hudson, deceased, of whose estate Benjamin Hudson, in his lifetime, was the administrator. As such administrator, the distributive share of the estate of Melinda Hudson, which belonged to appellee, came to his hands, which he retained. After his death, appellee presented her claim against his estate, which was allowed by the court. This she had the clear right to do. She could elect to present her claim against the estate, or proceed on the official bond of the deceased administrator, at her option. She chose to do the former, and we are at a loss to understand what objection can be urged against the proceeding. The statute contemplates such a course, and it is provided claims of this character shall constitute the sixth class, and be paid accordingly.

The evidence sustains the finding as to the amount due the claimant; and perceiving no error in the record, the judgment of the circuit court will be affirmed.

*Judgment affirmed.*